IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

OCT 0 3 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

| UNITED STATES OF AMERICA, | § | |
| --- | --- | --- |
| Petitioner, | § | |
| v. | § | CIVIL ACTION NO. B-02-178 |
| RIO GRANDE FRUIT STAND, | § | |
| Respondent. | § | |

## ORDER

BE IT REMEMBERED that on October 1, 2002, the Court **REFERRED** this case to United States Magistrate Judge Felix Recio for a determination concerning whether an Order to Show Cause for the Enforcement of an Administrative Investigative Subpoena Duces Tecum should issue. Judge Recio will conduct any necessary hearings on this matter.

DONE at Brownsville, Texas, this 1st day of October 2002.

Hilda G. Tagle
United States District Judge