IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

OCT 16 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| Petitioner | * | |
| | * | |
| v. | * | CIVIL ACTION NO. B-02-178 |
| | * | |
| RIO GRANDE FRUIT STAND, | * | |
| Respondent. | * | |

### *AMENDED*
### ORDER TO SHOW CAUSE FOR THE ENFORCEMENT OF ADMINISTRATIVE INVESTIGATIVE SUBPOENA DUCES TECUM

CAME on to be considered on this the 16th day of ___October, 2002___, the United States of America's Petition for Enforcement of Administrative Investigative Subpoena Duces Tecum filed herein under Section 9 of the FTC Act as incorporated in Section 10 of the Agricultural Marketing Agreement Act of 1937 as amended, 7 U.S.C. 601 et. seq. (hereafter the "Act"), along with the exhibits attached thereto, and sufficient cause appearing therefor, it is hereby

**ORDERED** that on ___December 3___, 2002, at __2:00__ o'clock a.m./p.m., the Respondent appear and show cause, if any there be, in the United States District Court located at 600 E. Harrison Street, Brownsville, Texas on the Third Floor before the Honorable Magistrate Judge Felix Recio, why an order of this Court should not issue requiring the said Respondent to appear and give evidence before the Secretary of Agriculture of the United States, or such officers or representatives designated by him, at such time and place as determined by the Court, and there produce the documentary evidence specified in and required by the subpoenas duces tecum issued by Kenneth Clayton on behalf of Kathleen A. Morrigan, Administrator, Agricultural Marketing Service, a duly authorized and acting representative of the Secretary of Agriculture, on May 16,

2000, and A. J. Yates, Administrator, Agricultural Marketing Service, a duly authorized and acting representative of the Secretary of Agriculture, on April 23, 2002; and it is:

**FURTHER ORDERED** that service of a copy of this order to show cause, together with a copy of said petition and exhibits attached thereto, be made on the Respondent promptly; and it is:

ENTERED on this 16th day of October, 2002.

FELIX RECIO
UNITED STATES MAGISTRATE JUDGE