Rio Grande Fruit Stand

7

AO 440 (Rev. 1/90) Summons in a Civil Action

## RETURN OF SERVICE

B-02-178

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me[1] | |
| NAME OF SERVER (PRINT) | TITLE |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: Spur 413 & North 77
Sebastian, TX

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

United States District Court
Southern District of Texas
FILED

OCT 29 2002

Michael N. Milby
Clerk of Court

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES 45⁰⁰ | TOTAL 45⁰⁰ |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  10-22-02
Date

Signature of Server

600 E. Harrison, Rm. 1032
Address of Server
Brownsville, TX. 78520

U.S. DISTRICT COURT
SOUTHERN DISTRICT
FILED
02 OCT 29 PM 1:54
MICHAEL N. MILBY, CLERK

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# U.S. Department of Justice
# United States Marshals Service

## PROCESS RECEIPT AND RETURN
See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.

| PLAINTIFF | UNITED STATES OF AMERICA | COURT CASE NUMBER B-02-178 |
|---|---|---|
| DEFENDANT | RIO GRANDE FRUIT STAND | TYPE OF PROCESS USA's Ptn for Enforcement of Administrative Subpoena & Summons |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
RIO GRANDE FRUIT STAND
and Order to Show Cause

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
Spur 413 and North 77
Sebastian Texas 78594

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Nancy L. Masso
Assistant U. S. Attorney
600 E. Harrison St. #201
Brownsville, TX 78520
(956) 548-2554

United States District Court
Southern District of Texas
FILED
OCT 29 2002
Michael N. Milby
Clerk of Court

Number of process to be served with this Form - 285: 1
Number of parties to be served in this case: 1
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

PERSONAL SERVICE UPON THE DEFENDANT THROUGH ITS AGENTS, AUTHORIZED OWNER, REPRESENTATIVE, AND/OR ANY OTHER QUALIFIED INDIVIDUAL OF THE UNITED STATES OF AMERICA'S PETITION FOR ENFORCEMENT OF ADMINISTRATIVE INVESTIGATIVE SUBPOENA DUCES TECUM

Signature of Attorney or other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT
NANCY L. MASSO, AUSA
TELEPHONE NUMBER: 956-548-2554 Ext 241
DATE: 9-16-02

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

Date of Service: 10/22/02
Time: 4:00 pm
Signature of U.S. Marshal or Deputy: ROSALES, DUSM

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or Amount of Refund |
|---|---|---|---|---|---|
| $45.00 | $29.20 | | 74.20 | | |

REMARKS: Served on Ed Schwars @ Rio Grande Fruit

**PRIOR EDITIONS MAY BE USED**    **1. CLERK OF THE COURT**    FORM USM-285 (Rev. 12/15/80)