United States District Court
Southern District of Texas
FILED

NOV 1 9 2002

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
- BROWNSVILLE DIVISION -

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| Petitioner | § | |
| VS. | § | CIVIL ACTION NO. B-02-178 |
| | § | |
| RIO GRANDE FRUIT STAND | § | |
| Respondent. | § | |

## RESPONDENT'S ORIGINAL ANSWER AND DEFENSES

TO THE HONORABLE JUDGE OF SAID COURT:

RIO GRANDE FRUIT STAND, Respondent, files this its Original Answer and Defenses to the United States of America's Petition for Enforcement of Administrative Investigative Subpoenas Duces Tecum and in support thereof would show the following:

### First Defense

Respondent sells agricultural commodities or products thereof at retail in his capacity as a retailer and, as such, is exempt from the reporting requirements of the Agricultural Marketing Agreement Act of 1937, as amended, and from maintaining records and filing reports with the Texas Valley Citrus Committee.

### Second Defense

The documents requested as shown by Exhibits A and B to the Petition for Enforcement are burdensome, oppressive, irrelevant, immaterial, and/or beyond the scope of any of Petitioner's legitimate inquiry of a citrus retailer.

### Third Defense

Respondent admits the allegation contained in paragraph 2 of the complaint, denies the allegations contained in paragraphs 1, 4, 6, 7, 9, and 10 of the complaint, and is without

knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraphs 3, 5, and 8 of the complaint.

WHEREFORE Respondent prays that upon hearing the Petitioner be denied all relief requested in the complaint.

Respectfully submitted,

_____
Edgar Schwarz d/b/a Rio Grande Fruit Stand, Pro Se
P. O. Box 36
Sebastian, Texas 78594
(956) 792-7042

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served upon Nancy L. Masso, Assistant U. S. Attorney, 600 E. Harrison St. #201, Brownsville, Texas 78520 by certified mail, return receipt requested, on the 19th day of November, 2002.

_____
Edgar Schwarz d/b/a Rio Grande Fruit Stand, Pro Se