United States District Court
Southern District of Texas
ENTERED

DEC 0 3 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, <br> Petitioner | * <br> * <br> * | |
| v. | * <br> * | CIVIL ACTION NO. B-02-178 |
| RIO GRANDE FRUIT STAND, <br> Respondent. | * <br> * | |

## AGREED ORDER REGARDING THE ENFORCEMENT OF ADMINISTRATIVE INVESTIGATIVE SUBPOENA DUCES TECUM

Today, this Court took under consideration, the United States of America's Petition for Enforcement of Administrative Investigative Subpoena Duces Tecum. Petitioner, the United States of America, appeared through Assistant United States Attorney, Nancy L. Masso. Respondent, Rio Grande Fruit Stand appeared through its owner, Edgar Schwarz, and his attorney Mr. Jeffrey Jackson. The Parties herein have advised this Court that they have come to terms and have stipulated to the following facts and findings:

1. Jurisdiction for this action is conferred on the Court by the provisions of section 9 of the Federal Trade Commission Act, 15 U.S.C. §46, which is made applicable to this action by Section 10(h) of Agricultural Marketing Agreement Act of 1937 as amended, 7 U.S.C.601 et seq. (hereafter "Act").

2. Rio Grande Fruit Stand (hereafter "Respondent") is located within the Southern District of Texas. The records at issue in this case are located at Sebastian, Texas in the Southern District of Texas and within the jurisdiction of this Court.

3. Pursuant to Section 906.51 of the Marketing Order for Oranges and Grapefruit Grown in the Lower Rio Grande Valley in Texas, 7 C.F.R. Part 906 (hereafter

"Order") the Secretary of Agriculture through the Texas Valley Citrus Committee (TVCC) is permitted to review Respondent's sales records ( and/or other supporting documentation) pertaining to its sale of citrus to determine if the activities and operations of the Respondent are in conformity with the Act and Order.

4. TVCC served two separate subpoenas duces tecum seeking access to relevant business records pertaining to the sale of citrus.

5. Respondent now agrees to provide TVCC representatives access to all citrus sales and purchase records (from October 1, 2001 to present) pertaining to the Rio Grande Fruit Stand on December 16, 2002, at 11:00 a.m. Representatives shall be permitted access to Respondent's sales records pertaining to the sale of citrus as well as copies of any "Seller/Buyer Certification" forms relating to the Marketing Order at issue herein. Further, it is understood that the Respondent shall comply with any and all future requests by the Secretary of Agriculture, or his designated agents (i.e. the TVCC), to review and inspect records pertaining to the sale and purchase of citrus for so long as Respondent remains a handler of citrus products or is otherwise covered by the Agricultural Marketing Agreement Act of 1937 and the Marketing Order for Oranges and Grapefruit Grown in the Lower Rio Grande Valley, 7 C.F.R. Part 906.

***Having reviewed the stipulations outlined above and noting the signatures of counsel below, this Court finds and ORDERS as follows:***

*IT IS ORDERED* that Respondent allow representatives of the Secretary of Agriculture, *vis a vis*, the Texas Valley Citrus Committee access to all citrus sales and citrus purchase records from October 1, 2001 to present time on December 16, 2002 at 11:00 a.m.;

IT IS FURTHER ORDERED that should the Respondent fail to provide Petitioner access to these records that Petitioner shall advise this Court of same and this Court will require that Respondent appear to show cause why he should not be found in contempt of Court.

Signed this 3rd day of December, 2002.

_____
FELIX RECIO
United States Magistrate Judge

**APPROVED AS TO SUBSTANCE AND FORM:**

*For the United States:*

MICHAEL T. SHELBY
UNITED STATES ATTORNEY

_____
NANCY L. MASSO
Assistant United States Attorney
600 E. Harrison St. #201
Brownsville, TX 78520
TEL: (956) 548-2554
FAX: (956) 548-2549
State Bar No. 00800490
Federal I.D. No. 10263

*For the Rio Grande Fruit Stand:*

_____
Jeffrey L. Jackson    by /s/ ___ w/ permission
Attorney at Law       (See attached fax /s/)
312 E. Van Buren
Harlingen, TX 78550
TEL: (956) 425-2000
FAX: (956) 421-4258
State Bar No.
Federal I.D. No.

_____
Edgar Schwarz    by /s/ ___ w/ permission
EDGAR SCHWARZ                    (see attached fax /s/)
Owner/Operator of Rio Grande Fruit Stand

# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, Petitioner | * * * |
| v. | * CIVIL ACTION NO. B-02-178 |
| RIO GRANDE FRUIT STAND, Respondent. | * * * |

## AGREED ORDER REGARDING THE ENFORCEMENT OF ADMINISTRATIVE INVESTIGATIVE SUBPOENA DUCES TECUM

Today, this Court took under consideration, the United States of America's Petition for Enforcement of Administrative Investigative Subpoena Duces Tecum. Petitioner, the United States of America, appeared through Assistant United States Attorney, Nancy L. Masso. Respondent, Rio Grande Fruit Stand appeared through its owner, Edgar Schwarz, and his attorney Mr. Jeffrey Jackson. The Parties herein have advised this Court that they have come to terms and have stipulated to the following facts and findings:

1. Jurisdiction for this action is conferred on the Court by the provisions of section 9 of the Federal Trade Commission Act, 15 U.S.C. §46, which is made applicable to this action by Section 10(h) of Agricultural Marketing Agreement Act of 1937 as amended, 7 U.S.C.601 et seq. (hereafter "Act").

2. Rio Grande Fruit Stand (hereafter "Respondent") is located within the Southern District of Texas. The records at issue in this case are located at Sebastian, Texas in the Southern District of Texas and within the jurisdiction of this Court.

3. Pursuant to Section 906.51 of the Marketing Order for Oranges and Grapefruit Grown in the Lower Rio Grande Valley in Texas, 7 C.F.R. Part 906 (hereafter

"Order") the Secretary of Agriculture through the Texas Valley Citrus Committee (TVCC) is permitted to review Respondent's sales records ( and/or other supporting documentation) pertaining to its sale of citrus to determine if the activities and operations of the Respondent are in conformity with the Act and Order.

4. TVCC served two separate subpoenas duces tecum seeking access to relevant business records pertaining to the sale of citrus.

5. Respondent now agrees to provide TVCC representatives access to all citrus sales and purchase records (from October 1, 2001 to present) pertaining to the Rio Grande Fruit Stand on December 16, 2002, at 11:00 a.m. Representatives shall be permitted access to Respondent's sales records pertaining to the sale of citrus as well as copies of any "Seller/Buyer Certification" forms relating to the Marketing Order at issue herein. Further, it is understood that the Respondent shall comply with any and all future requests by the Secretary of Agriculture, or his designated agents (i.e. the TVCC), to review and inspect records pertaining to the sale and purchase of citrus for so long as Respondent remains a handler of citrus products or is otherwise covered by the Agricultural Marketing Agreement Act of 1937 and the Marketing Order for Oranges and Grapefruit Grown in the Lower Rio Grande Valley, 7 C.F.R. Part 906.

***Having reviewed the stipulations outlined above and noting the signatures of counsel below, this Court finds and ORDERS as follows:***

IT IS ORDERED that Respondent allow representatives of the Secretary of Agriculture, *vis a vis*, the Texas Valley Citrus Committee access to all citrus sales and citrus purchase records from October 1, 2001 to present time on December 16, 2002 at 11:00 a.m.;

IT IS FURTHER ORDERED that should the Respondent fail to provide Petitioner access to these records that Petitioner shall advise this Court of same and this Court will require that Respondent appear to show cause why he should not be found in contempt of Court.

Signed this 3rd day of December, 2002

FELIX RECIO
United States Magistrate Judge

**APPROVED AS TO SUBSTANCE AND FORM:**

*For the United States:*

MICHAEL T. SHELBY
UNITED STATES ATTORNEY

NANCY L. MASSO
Assistant United States Attorney
600 E. Harrison St. #201
Brownsville, TX 78520
TEL: (956) 548-2554
FAX: (956) 548-2549
State Bar No. 00800490
Federal I.D. No. 10263

*For the Rio Grande Fruit Stand:*

Jeffrey L. Jackson
Attorney at Law
312 E. Van Buren
Harlingen, TX 78550
TEL: (956) 425-2000
FAX: (956) 421-4258
State Bar No. 10474700
Federal I.D. No. 6827

EDGAR SCHWARZ
Owner/Operator of Rio Grande Fruit Stand