*10*

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JAN 21 2003

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. B-02-178 |
| | § | |
| RIO GRANDE FRUIT STAND, | § | |
| | § | |
| Respondent. | § | |

United States District Court
Southern District of Texas
ENTERED

JAN 2 2 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk

**ORDER**

BE IT REMEMBERED that on January 21, 2003, the Court **CANCELED** the Initial Pre-Trial Conference scheduled for Monday, January 27, 2003, at 2:15 p.m. The Department of Agriculture is currently investigating the Rio Grande Fruit Stand, and thus the case is currently in an investigative posture at the administrative level. As no complaint has been filed, it appears the pre-trial conference was scheduled in error.

DONE at Brownsville, Texas, this 21st day of January 2003.

Hilda G. Tagle
United States District Judge